AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of North Dakota

REC'D USMS–FARGO, ND
'24 JUN 6 PM 4:04

| United States of America | | |
|---|---|---|
| v. | ) | |
| Ryan Wayne Baron | ) | Case No.   3:24-cr-95 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Ryan Wayne Baron                                                             ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ❏ Complaint

❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

Attempted Sexual Exploitation of a Child
Receipt of Images Depicting the Sexual Exploitation of Children (2 Counts)
Distribution of Images Depicting the Sexual Exploitation of Children
Coercion and Enticement of a Minor
Possession of Images Depicting the Sexual Exploitation of Children (2 Counts)
Forfeiture Notice

Date:    06/06/2024

/s/Sarah Lien
*Issuing officer's signature*

City and state:    Fargo, ND

Sarah Lien, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  6/6/24 , and the person was arrested on *(date)*  6/13/24 at *(city and state)*  Fargo, DD |
| Date:  6/13/24                      Daniel Casetta Special Agent *Arresting officer's signature* *Printed name and title* |