UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

---

| | |
|---|---|
| United State of America, | Case No. 3:24-cr-95 |
| Plaintiff, | |
| v. | **MOTION TO CONTINUE TRIAL** |
| Ryan W. Baron, | |
| Defendant. | |

---

The Defendant, Ryan Wayne Baron, by and through his attorney, Luke T. Heck, moves this Honorable Court for an Order continuing trial previously scheduled for August 6, 2024, in the above-captioned case. The reason for this request is that discovery review is ongoing and defense counsel requires additional time to review discovery with the defendant.

This motion is made in the interests of justice and not for purposes of delay. The United States is aware that a continuance is being requested and has no objection.

Dated this 19th day of July, 2024.

**VOGEL LAW FIRM**

BY: */s/ Luke T. Heck*
Luke T. Heck (#08133)
218 NP Avenue
PO Box 1389
Fargo, ND  58107-1389
Telephone:  701.237.6983
Email:    lheck@vogellaw.com
ATTORNEYS FOR DEFENDANT