IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AARON NICHOLAS DOSS,<br><br>Defendant. | Case No. 1:24-cr-095<br><br>**MOTION TO CONTINUE SENTENCING HEARING** |

The United States of America, by Mac Schneider, United States Attorney for the District of North Dakota, and Gary L. Delorme, Assistant United States Attorney, hereby moves the Court for an Order continuing the currently set sentencing date of February 18, 2025.

In communications with counsel for defense, Richard Edinger, the parties agree that more time is needed to prepare for sentencing in this matter. In addition, the United States is expressly allowed to request a continuance pursuant to Plea Agreement Supplement. (Doc. 24, ¶ 4 **SEALED).

The United States requests the Court continue the sentencing in this matter for a period of at least 90-days past the current date of February 18, 2025.

Dated: February 11, 2025

                                                  MAC SCHNEIDER
                                                  United States Attorney

                            By:    /s/ *Gary L. Delorme*
                                       GARY L. DELORME
                                       Assistant United States Attorney
                                       ND Bar ID 05845
                                       655 First Avenue North, Suite 250
                                       Fargo, ND  58102-4932
                                       (701) 297-7400
                                       gary.delorme@usdoj.gov
                                       Attorney for United States