UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

---

| | |
|---|---|
| United State of America, | Case No. 3:24-cr-95 |
| Plaintiff, | |
| v. | **MOTION TO CONTINUE TRIAL** |
| Ryan W. Baron, | |
| Defendant. | |

---

The Defendant, Ryan Wayne Baron, by and through his attorney, Luke T. Heck, moves this Honorable Court for an Order continuing trial previously scheduled for May 6, 2025 (Doc. 37). The reason for this request is that defense counsel requires additional time to prepare for trial and otherwise work towards a resolution.

This motion is made in the interests of justice and not for purposes of delay. An additional speedy trial waiver signed by the Defendant is forthcoming.

Assistant U.S. Attorney Gary Delorme has been contacted regarding this continuance request and has no objection.

Dated this 8th day of April, 2025.

                                             **VOGEL LAW FIRM**

                                             */s/ Luke T. Heck*
                                   BY:  Luke T. Heck (#08133)
                                           218 NP Avenue
                                           PO Box 1389
                                           Fargo, ND  58107-1389
                                           Telephone:  701.237.6983
                                           Email:     lheck@vogellaw.com
                                           ATTORNEYS FOR DEFENDANT