IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AARON NICHOLAS DOSS,<br><br>Defendant. | Case No. 3:24-cr-95<br><br>**UNITED STATE'S THIRD MOTION TO CONTINUE SENTENCING HEARING** |

The United States of America, by Jennifer Klemetsrud Puhl, Acting United States Attorney for the District of North Dakota, and Gary L. Delorme, Assistant United States Attorney, hereby moves the Court for an Order continuing the currently set sentencing date of June 12, 2025.

In communications with counsel for defense, Richard Edinger, the parties agree that more time is needed to prepare for sentencing in this matter. In addition, the United States is expressly allowed to request a continuance pursuant to Plea Agreement Supplement. (Doc. 24, ¶ 4 **SEALED).

The United States requests the Court continue the sentencing in this matter to a date beyond October 14, 2025.

Dated: May 19, 2025

                                        JENNIFER KLEMETSRUD PUHL
                                        Acting United States Attorney

                By:    /s/ *Gary L. Delorme*
                        GARY L. DELORME
                        Assistant United States Attorney
                        ND Bar ID 05845
                        655 First Avenue North, Suite 250
                        Fargo, ND  58102-4932
                        (701) 297-7400
                        gary.delorme@usdoj.gov
                        Attorney for United States