# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:24-cr-95 |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Ryan Wayne Baron, | ) | |
| | ) | |
| Defendant. | ) | |

Following a June 18, 2024 hearing, the court ordered Ryan Wayne Baron detained pending trial, finding he was subject to a presumption of detention because of the nature of the charges against him. (Doc. 21). He moves for a one-month furlough to allow him to address personal matters: finances, taxes, property, medical care, and temporary employment. He proposes that he reside with his parents during the furlough, that he be subject to location monitoring, and that his use of electronic devices be restricted. (Doc. 47). The United States opposes the motion.

The United States contends Baron has not met 18 U.S.C. § 3142(f)(2)'s requirement for reopening the detention hearing. That statute provides a detention hearing may be reopened "if the judicial officer finds that information exists that was not known to the movant at the time of the hearing and that has a material bearing on the issue whether there are conditions of release that will reasonably assure the appearance of [the defendant] as required and the safety of any other person and the community." The court agrees with the position of the United States—Baron has not identified information not known to him at the time of the detention hearing.

The United States further asserts Baron does not meet requirements of 18 U.S.C. § 3142(i), which allows temporary release to the extent necessary for preparation of a

defense or for another "compelling reason." Again, the court agrees with the position of the United States—Baron proffered no evidence that release is necessary for preparation of his defense and has not argued any compelling reason for temporary release.

Baron's motion for a furlough, (Doc. 47), is **DENIED**.

**IT IS SO ORDERED**.

Dated this 7th day of August, 2025.

/s/ *Alice R. Senechal*
Alice R. Senechal
United States Magistrate Judge