UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

---

United States of America

    Plaintiff,

    vs.

Ryan Wayne Baron,

    Defendant.

Case No. 3:24-CR-00095

MOTION TO CONTINUE

---

¶ 1.   On behalf of Defendant, Ryan Wayne Baron by his attorney Dierra Diegel:

¶ 2.   <u>Motion:</u>

    a. Defendant hereby moves this Court to continue the Jury Trial set to begin in this matter on 10/7/2025 to a new, later date.

¶ 3.   <u>Case History and facts:</u>

    a. A Jury Trial is set to begin in this matter on 10/7/2025.

    b. Counsel for Defendant would like additional time to receive and review discovery and investigate the matter.

    c. The Government has been consulted regarding this proposed continuance and has indicated they have no objection.

    d. Defendant has been consulted regarding this Motion and has indicated he is in agreement with it. A Waiver of Speedy Trial has been signed by Defendant and is accompanying this Motion.

¶ 4.   <u>CONCLUSION:</u>

    a. On this basis, Counsel for Defendant humbly requests that this Court continue the Jury Trial set to begin in this matter on 10/7/2025 to a new, later date.

Dated: 9/18/2025            **SAND LAW, PLLC**
*Counsel for Defendant*

BY: <u>/s/ Dierra D. Diegel</u>
Dierra D. Diegel (#09443)
P.O. Box 9255
Fargo, ND 58106
Phone: (701) 609-1510
Email: dierra@sandlawnd.com