IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>RYAN WAYNE BARON AND AARON NICHOLAS DOSS,<br><br>  Defendants. | Case No. 3:24-cr-95<br><br>**<u>UNITED STATE'S MOTION TO CONTINUE THE TRIAL DATE FOR RYAN BARON AND THE SENTENCING HEARING OF AARON DOSS</u>** |

  The United States of America, by Nichola W. Chase, United States Attorney for the District of North Dakota, and Gary L. Delorme, Assistant United States Attorney, hereby moves the Court for an Order continuing the currently set trial date of February 24, 2026, for defendant Ryan Baron and the sentencing date of March 19, 2026.

  The undersigned has a training event set for February 26 through March 1, 2026, in California and has already purchased airline tickets for the event.  The United States estimates the trial presentation in this matter would require four days.  If the matter proceeded to trial on February 24, 2026, the undersigned would not have time sufficient to be present throughout the presentation of the matter.  As such, a continuance best serves the end of justice in ensuring the continuity of counsel for the United States, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), which further excludes any delay granted from the speedy trial clock calculation.

  The United States has communicated its intent to file this motion with counsel for defendant Baron and received a response that counsel does not object to a continuance and counsel further suggested a continuance of at least a "couple months" in order to allow counsel time to retain or confer with a forensics expert.  Pursuant to counsel's

request, any delay is further excludable as the delay would allow adequate time for defense preparation regarding the forensic evidence in this matter.

In communications with counsel for defendant Doss, Richard Edinger, the defense does not object to an additional continuance. In addition, the United States is expressly allowed to request a continuance pursuant to Plea Agreement Supplement. (Doc. 24, ¶ 4 **SEALED.)

The United States requests the Court continue the trial in this matter to late April or early May and a sentencing for defendant Doss thereafter.

Dated: January 12, 2026

                                            NICHOLAS W. CHASE
                                            United States Attorney

By:   /s/ *Gary L. Delorme*
        GARY L. DELORME
        Assistant United States Attorney
        ND Bar ID 05845
        655 First Avenue North, Suite 250
        Fargo, ND  58102-4932
        (701) 297-7400
        gary.delorme@usdoj.gov
        Attorney for United States