UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

United States of America

      Plaintiff,

        vs.

Ryan Wayne Baron

      Defendant.

Case No. 3:24-CR-00095

MOTION TO CONTINUE

¶ 1.   On behalf of Defendant, Ryan Wayne Baron by his attorney Dierra Diegel:

¶ 2.   <u>Motion:</u>

   a.  Defendant hereby moves this Court to continue the Jury Trial set to begin in this matter on 5/12/2026.

¶ 3.   <u>Case History and facts:</u>

   a.  A Jury Trial is set to begin in this matter on 5/12/2026.

   b.  Defendant would like additional time to consider the Government's offer.

   c.  Additionally, Counsel for Defendant is currently scheduled for a 2nd Degree Murder Jury Trial from 5/11-5/22/2026 in Clay County District Court in Minnesota.

   d.  The parties are near a resolution and believe a continuance of no more than six weeks is appropriate.

   e.  Defendant has been consulted regarding this proposed continuance and is in favor of it.  A Waiver of Speedy Trial has been sent to Defendant and will promptly filed once received.

   f.  The Government has been consulted regarding this proposed continuance and has indicated they have no objection.

¶ 4.    <u>CONCLUSION:</u>

      a.    On this basis, Counsel for Defendant humbly requests that this Court continue the

         Jury Trial is set to begin in this matter on 5/12/2026 to a new, later date.


Dated: 3/26/2026                               **SAND LAW, PLLC**
                                                *Counsel for Defendant*

                        BY:    <u>/s/ Dierra D. Diegel</u>
                                        Dierra D. Diegel (#09443)
                                        P.O. Box 9255
                                        Fargo, ND 58106
                                        Phone: (701) 609-1510
                                        Email: dierra@sandlawnd.com