IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>AARON NICHOLAS DOSS,<br><br>    Defendant. | Case No. 3:24-cr-95<br><br>**UNITED STATE'S MOTION TO CONTINUE THE SENTENCING HEARING OF AARON DOSS** |

The United States of America, by Nicholas W. Chase, United States Attorney for the District of North Dakota, and Gary L. Delorme, Assistant United States Attorney, hereby moves the Court for an Order continuing the currently set sentencing date of June 22, 2026. (Doc. 63.)

The trial date in this matter for codefendant Baron is currently set for September 1, 2026 (Doc. 66), and the United States believes sentencing Doss in advance of that date may negatively impact preparations for that trial date.

In communications with counsel for defendant Doss, Richard Edinger, the defense, does not object to an additional continuance.  In addition, the United States is expressly allowed to request a continuance pursuant to Plea Agreement Supplement.  (Doc. 24, ¶ 4 SEALED.)

Dated: April 30, 2026

NICHOLAS W. CHASE
United States Attorney

By:    /s/ *Gary L. Delorme*
GARY L. DELORME
Assistant United States Attorney
ND Bar ID 05845
655 First Avenue North, Suite 250
Fargo, ND  58102-4932
(701) 297-7400
gary.delorme@usdoj.gov
Attorney for United States