UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

---

United States of America

　　　　Plaintiff,

　　　　　vs.

Ryan Wayne Baron,

　　　　Defendant.

Case No. 3:24-CR-00095

MOTION FOR FURLOUGH

---

¶ 1.　On behalf of Defendant, Ryan Wayne Baron by :

¶ 2.　<u>Motion:</u>

　　a.　Defendant hereby moves this Court to permit his temporary release to visit his mother in the Intensive Care Unit in St. Cloud, Minnesota.

¶ 3.　<u>Case History and facts:</u>

　　a.　An Order of Detention pending Trial was entered in this matter on 6/20/2024.

　　b.　Defendant's mother recently suffered a massive stroke and is currently in the ICU in St. Cloud, Minnesota. Defendant would like an opportunity to visit his mother.

　　c.　Defendant moves to be released from the Tri-County Community Corrections Center in Crookston, MN no later than 10:00AM on 5/18/2026, to the custody of his father, Randy Barron, to be transported to the hospital in St. Cloud. Defendant would remain the care and custody of his father, Randy Baron, while he is released. Defendant can and will provide the address he will be staying during this time. Defendant will also be accompanied by his sister, Amanda Grove, during this requested release. Defendant would be returned to the Tri-County Community Corrections Center no later than 6:00PM on 5/18/2026.

d.  While on furlough, Defendant would be willing to be placed on GPS monitoring.

e.  The Government has indicated that they oppose this Motion.

¶ 4.    Conclusion:

a.  On this basis, Counsel for Defendant humbly requests that this Court permit Defendant's temporary release from the Tri-County Community Corrections Center no later than 10:00AM on 5/14/2026 to visit his mother in the ICU. Defendant shall be returned to the custody of the Tri-County Community Corrections Center and the U.S. Marshal's no later than 6:00PM on 5/18/2026.

Dated: 5/11/2026                    **SAND LAW, PLLC**
                                    *Counsel for Defendant*

                        BY:    /s/ Dierra D. Diegel
                               Dierra D. Diegel (#09443)
                               P.O. Box 9255
                               Fargo, ND 58106
                               Phone: (701) 609-1510
                               Email: dierra@sandlawnd.com

2